UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| LARRY CHERRY, Pro Se, | )<br>)<br>) |
| Plaintiff, | )<br>) |
| v. | ) No.: 09 c 4825 |
| ASSET ACCEPTANCE INC., et al. | ) Honorable James B. Zagel |
| Defendants. | )<br>)<br>)<br>)<br>)<br>) |

**DEFENDANT APPLIED BANK'S MOTION TO EXTEND TIME
TO ANSWER OR OTHERWISE PLEAD TO PLAINTIFF'S COMPLAINT**

Defendant APPLIED BANK, by its attorneys, Reed Smith LLP, respectfully brings this motion to extend time to answer or otherwise plead to Plaintiff's Complaint for 20 days, on or before November 2, 2009. In support of this motion, Applied Bank states as follows.

1. Plaintiff filed his *pro se* Complaint on August 6, 2009.

2. Plaintiff attempted to serve the Complaint on Applied Bank by certified mail, which Applied Bank received on September 24, 2009. Applied Bank's responsive pleading, if service was effective, would be due on October 14, 2009.

3. Counsel was recently hired to defend this action.

4. Among his many claims against different defendants, Plaintiff's Complaint brings one count against Applied Bank arising out his credit card: Count Three - for alleged violations of the Fair Credit Reporting Act, the Fair Debt Collection Practices Act and the Truth in Lending Act.

5. Instead of motion practice regarding the lack of merit of Plaintiff's attempted service by certified mail, Applied Bank will agree not to contest service, and seeks an additional 20 days to respond to the Complaint.

6. This motion is not brought for purposes of delay and will not prejudice Plaintiff's rights.

WHEREFORE, Defendant Applied Bank respectfully requests that the Court grant its motion to extend time to answer or otherwise plead for 20 days, on or before November 2, 2009, and grant such further relief as it deems fair and just.

Dated: October 13, 2009                                      Respectfully submitted,


                By:  s/ Gary S. Caplan
                     Gary S. Caplan

                Illinois Bar No. 6198263
                REED SMITH LLP
                10 South Wacker Drive
                Chicago, Illinois 60606-7507
                Phone No.: (312) 207-1000
                Fax No.: (312) 207-6400
                Email:  gcaplan@reedsmith.com

                Attorneys for Defendant
                Applied Bank

## CERTIFICATE OF SERVICE

       I, Gary S. Caplan, hereby certify that true and correct copies of **NOTICE OF MOTION** and **MOTION TO EXTEND TIME TO ANSWER OR OTHERWISE PLEAD TO PLAINTIFF'S COMPLAINT** were served upon the parties listed below via the Court's CM/ECF system this 13th day of October, 2009, and mailed to Larry Cherry, 630 E. 90th Street, Chicago, Illinois 60678..

                                    s/ Gary S. Caplan
                                    Gary S. Caplan