# EXHIBIT C

**Exhibit C – Table showing duplicative allegations in 2005 and 2009 Complaints**

| 2005 Complaint | Plaintiff's Allegations | Plaintiff's Allegations | 2009 Complaint |
|---|---|---|---|
| ¶ 12 | …First Premier Inc. … ha[s] made derogatory reports to one or more of the major three credit bureaus in the name of Plaintiff Cherry. | …First Premier Bank … ha[s] made derogatory reports to one or more of the major three credit bureaus in the name of Plaintiff Cherry. | p.2, ¶ 10 |
| ¶ 13 | Plaintiff has sent certified communications to the credit bureau and to each defendant to rectify the incorrect reporting. | Plaintiff has sent certified communications to the credit bureau and to each defendant to rectify the incorrect reporting. | p.2, ¶ 11 |
| ¶ 14 | To date all listed Defendants have refused to remove their erroneous reporting. | To date all listed Defendants have refused to remove their erroneous reporting. | p.3, ¶ 12 |
| ¶ 15 | All Defendants have willfully, intentionally, negligently, and repeatedly verified erroneous information to Plaintiff's credit. | All Defendants have willfully, intentionally, negligently, and repeatedly verified erroneous information to Plaintiff's credit. | p.3, ¶ 13 |
| ¶ 16 | Defendants have been reporting derogatory and inaccurate statements relating to plaintiff's credit history. | Defendants have been reporting derogatory and inaccurate statements relating to plaintiff's credit history. | p.3, ¶ 14 |
| ¶ 17 | The inaccurate information of which Plaintiff complains is an account or tradeline. | The inaccurate information of Plaintiff complains is an account or trade line. | p.3, ¶ 15 |
| ¶ 18 | However, the Defendants have disseminated credit reports that the information is reported correctly. | However, the Defendants have disseminated credit reports that the information is reported correctly. | p.3, ¶ 16 |
| ¶ 20 | The credit reports have been and continue to be disseminated to various persons and credit grantors both known and unknown. | The  have been and continue to be disseminated to various persons and credit grantors both known and unknown. | p.3, ¶ 17 |
| ¶ 21 | Defendant has continued to publish the inaccurate information to various third parties, persons, entities and credit grantors. | Defendants have continued to publish the inaccurate information to various third parties, persons, entities and credit grantors. | p.3, ¶ 18 |

| ¶ 22 | Despite Plaintiff's efforts to date, defendant has nonetheless deliberately, willfully, wantonly, intentionally, recklessly, negligently continued to report this information as belonging to the plaintiff. | Despite Plaintiff's efforts to date,defendants have nonetheless deliberately, willfully, wantonly, intentionally, recklessly, negligently continued to report this information as belonging to the plaintiff. | p.3, ¶ 19 |
|---|---|---|---|
| ¶ 23 | Plaintiff has been damaged and continues to damaged in the following ways.<br>a. Denial of credit by several creditors over the past few years.<br>b. Out of pocket expenses associated with disputing the information only to find that the information remained on the report.<br>c. Emotional distress and mental anguish associated with having incorrect derogatory information transmitted to people both known and unknown.<br>d. Decreased credit score which may result in inability to retain credit on future attempts. | Plaintiff has been damaged and continues to be damaged in the following ways.<br>a. Denial of credit by several creditors over the past few years.<br>b. Out of pocket expenses associated with disputing the information only to find that the information remained on the report.<br>c. Emotional distress and mental anguish associated with having incorrect derogatory information transmitted to people both known and unknown.<br>d. Decreased credit score which may result in inability to retain credit on future attempts. | p.3, ¶ 20 |
| ¶ 24 | All times hereto, the conduct of the defendant, as well as that of their agents, servants and/or employees was malicious, willful, intentional reckless, and in grossly negligent disregard for the federal and state laws and the rights of the plaintiffs herein. | All times hereto, the conduct of the defendant, as well as that of their agents, servants and/or employees was malicious, willful, intentional reckless, and in grossly negligent disregard for the federal and state law and the rights of the plaintiffs therein | p.3, ¶ 21 |
| ¶ 52 | Defendant First Premier issued a credit card to Plaintiff in 2004. | Defendant First Premier issued a credit card to Plaintiff in 2004. | ¶ 48 |
| ¶ 53 | When Defendant received card there was a charge of $239.00 for various fees on a card with the credit limit being $500.00. | When Defendant received card there was a charge of $239.00 for various fees on a card with the credit limit being $500.00. | ¶ 49 |
| ¶ 54 | Defendant sent payment of $4,000.00 to increase credit limit and pay off balance within 90 days of receiving card. | Plaintiff sent payment of $4,000.00 to increase credit limit and pay off balance within 90 days of receiving card. | ¶ 50 |
| ¶ 55 | Defendant refused to credit said | Defendant refused to credit said | ¶ 51 |

| | | | |
|---|---|---|---|
| | account and never returned the payment. | account and never returned the payment. | |
| ¶ 56 | According to 3:603 of the Uniform Commercial Code "a tender of amount" | According to 3:603 of the Uniform Commercial Code "a tender of amount" refused constitutes satisfaction of the amount tendered. | ¶ 52 |
| ¶ 57 | The account is paid in full due to Defendant's refusal to apply valid payment. | The account is paid in full due to Defendant's refusal to apply valid payment. | ¶ 53 |
| ¶ 58 | First Premier Inc. has continued to report the account with a remaining balance and bearing late payments. | First Premier Inc. has continued to report the account with a remaining balance and bearing late payments. | ¶ 54 |
| ¶ 59 | Plaintiff First Premier willfully and negligently failed to conduct a reasonable and proper investigation concerning the accuracy of the information after receiving notice of the dispute from the Plaintiff, in violation of 15U.S.C. 1681i(a); | Plaintiff First Premier willfully and negligently failed to conduct a reasonable and proper investigation concerning the accuracy of the information after receiving notice of the dispute from the Plaintiff, in dispute of 15 U.S.C. 1681i(a); | ¶ 55 |
| ¶ 60 | The conduct of the defendant was a direct and proximate cause, as well as a substantial factor, in bringing about injuries, damages and harm to the Plaintiff that are outlined more fully above, and as a result Defendants are liable to the Plaintiff for the full amount of the actual, statutory and punitive damages along with attorney's fees and the costs of litigation, as well as such other relief, as may be permitted by law. | The conduct of the defendant was a direct and proximate cause, as well as a substantial factor, in bringing about injuries, damages and harm to the Plaintiff that are outlined more fully above, and as a result Defendants are liable to the Plaintiff for the full amount of the actual, statutory and punitive damages along with attorney's fees and the costs of litigation, as well as such other relief, as may be permitted by law. | ¶ 56 |