# EXHIBIT D

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| Larry Cherry, ) | |
| ) | |
| Plaintiff, ) | |
| ) | No. 09-CV-4825 |
| v. ) | |
| ) | Judge James B. Zagel |
| AssetAcceptance, Inc., Bally's Inc., First ) | Magistrate Judge Susan E. Cox |
| Premier Inc., Commonwealth Edison, CBE ) | |
| Group Inc. and Jutla Sanjay, Individually, ) | |
| Illinois Collection Services Inc., Havard ) | |
| Collections Inc., Nationwide Credit and ) | |
| Collections Inc., and HSBC Bank Inc. ) | |
| ) | |
| Defendants. ) | |

### **Affidavit of Lauri Jackson**

I, Lauri Jackson, under penalty of perjury, do declare and state as follows:

1. I have personal knowledge, and am competent to testify, about the matters set forth herein.

2. I am Corporate Legal Coordinator for First PREMIER Bank. In that capacity, I am familiar with the records reflecting customer applications and issuance of credit cards to customers. I have reviewed records relating to the application by and issuance of a credit card to Larry Cherry of Chicago, Illinois.

3. Larry Cherry applied over the internet to receive a credit card from First PREMIER Bank on or about February 15, 2003.

4. First PREMIER Bank issued Larry Cherry a credit card on or about February 21, 2003.

1

5.  Attached is a copy of the first statement sent to Larry Cherry, reflecting a statement closing date of February 25, 2003. This statement accurately reflects the initial fees that were charged to Larry Cherry.

Further affiant sayeth not.

By: _Lauri Jackson_

Subscribed and Sworn to before me this
13 day of October, 2009.

_Kristy Osterloo_
NOTARY PUBLIC

KRISTY OSTERLOO
NOTARY PUBLIC
SOUTH DAKOTA

Exp: 9-19-13

2

CREDIT CARD ACCOUNT # : 9067





Page 1 of 1

| ACCOUNT ACTIVITY | |
|---|---:|
| Statement Closing Date | 02/25/03 |
| Days In Billing Cycle | 30 |
| Previous Balance | $0.00 |
| Payments | $0.00 |
| Credits | $0.00 |
| Purchases & Other Charges | $130.00 |
| Debits | $48.00 |
| Cash Advances | $0.00 |
| Total FINANCE CHARGE | $0.00 |
| New Balance | $178.00 |

For prompt credit, mail payment to:
PO BOX 5147
SIOUX FALLS SD 57117-5147
Payment in any other way may delay crediting your account up to 5 days.

| ACCOUNT SUMMARY | |
|---|---:|
| Account Number | 9067 |
| Credit Limit | $400.00 |
| Available Credit as of 02/25/03 | $222 |
| Payment Due Date | 03/22/03 |
| Minimum Payment Due | $20.00 |
| Past Due Amount | $0.00 |
| Amount Overlimit | $0.00 |

QUESTIONS?
Call Customer Service 1-800-987-5521
Lost or Stolen Credit Card 1-800-987-5521
PREMIER Online www.firstpremier.com
Please send billing Inquiries and correspondence to:
PO BOX 5524, SIOUX FALLS, SD 57117-5524
(Include account number with all correspondence.)

**IMPORTANT INFORMATION**

NOTICE: EACH PAYMENT RECEIVED IN THE FORM OF A CHECK IS
AUTHORIZATION FOR FIRST PREMIER BANK TO ELECTRONICALLY
PRESENT THE PAYMENT TO THE FINANCIAL INSTITUTION ON WHICH
THE CHECK IS DRAWN. PLEASE SEE BACK OF STATEMENT FOR
EXPLANATION OF ELECTRONIC CHECK PRESENTMENT.

TO OBTAIN A SYSTEM GENERATED PERSONAL IDENTIFICATION NUMBER
(PIN) FOR CASH ADVANCES, CALL 1-800-987-5521. SELECT
LANGUAGE TYPE, CHOOSE CREDIT CARD INFORMATION OPTION #1,
THEN PIN OPTION #3, AND FOLLOW THE INSTRUCTIONS.

**TRANSACTIONS**

| Tran Date | Post Date | Reference Number | Description of Transaction or Credit | Amount |
|---|---|---|---|---:|
| 02/23 | 02/23 | F4128001N000Q6030 | PARTICIPATION FEE | $8.00 |
| 02/25 | 02/25 | F8352001R000CYLAC | ANNUAL FEE 03/03 THROUGH 02/04 | $48.00 |
| 02/25 | 02/25 | F4128001R000Q3002 | ACCOUNT SET-UP FEE *FINANCE CHARGE* | $29.00 |
| 02/25 | 02/25 | F4128001R000Q3002 | PROGRAM FEE *FINANCE CHARGE* | $95.00 |

TOTAL *FINANCE CHARGE* PAID IN 2002 $0.00

**FINANCE CHARGES**

| Type of Balance | % Periodic Rate | Corresponding Annual Percentage Rate | Balance Subject to Finance Charge | ANNUAL PERCENTAGE RATE |
|---|---|---|---|---|
| Purchases | 1.575% | 18.90% | $0.00 | 18.90% |
| Cash Advances | 1.575% | 18.90% | $0.00 | 18.90% |

NOTICE: SEE REVERSE SIDE FOR IMPORTANT INFORMATION

5625  TRD  1  17  7  Page 1 of 1  8352  8000  PBMB  0003  030225 O1AC5525  70223

FIRST PREMIER BANK
PO BOX 5519
SIOUX FALLS SD 57117-5519

Please indicate address change and additional
cardholder requests on the reverse side.

Please detach this portion and return with your payment to insure
proper credit. Retain upper portion for your records.

**PAYMENT INFORMATION**

| | |
|---|---:|
| Account Number: | 9067 |
| New Balance: | $178.00 |
| Past Due Amount: | $0.00 |
| Amount Overlimit: | $0.00 |
| Minimum Payment: | $20.00 |
| Payment Due Date: | 03/22/03 |

AMOUNT ENCLOSED: $

FIRST PREMIER BANK
PO BOX 5147
SIOUX FALLS SD 57117-5147

LARRY CHERRY  70223

5433628753619067000020000001 78008