# IN THE UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | |
|---|---|
| LARRY CHERRY, ) | |
| ) | |
| Plaintiff, ) | |
| ) | No. 09 CV 4825 |
| v. ) | |
| ) | Honorable Judge Zagel |
| ASSET ACCEPTANCE INC., et al., ) | Magistrate Judge Cox |
| ) | |
| Defendant ) | |

## MOTION TO COMPEL ARBITRATION

Defendant Applied Bank, by its attorneys, REED SMITH LLP, respectfully moves the Court to compel Plaintiff to arbitrate his claims pursuant to Section 4 of the Federal Arbitration Act ("FAA"), 9 U.S.C. § 4, and stay the pending litigation pursuant to Section 3 of the FAA, 9 U.S.C. § 3. In support of the motion, Applied Bank submits the attached memorandum of law.

Dated: November 2, 2009

                                        Respectfully Submitted

                                        **APPLIED BANK**
                                        *Defendant*

                                        By:    s/ Gary S. Caplan
                                                  One of Its Attorneys

Gary S. Caplan (#6198263)
REED SMITH LLP
10 South Wacker Drive, 40th Floor
Chicago, Illinois 60606
(312)207-0100
gcaplan@reedsmith.com

US_ACTIVE-102568954.2-WSWELTMA 11/2/09 5:23 PM

## CERTIFICATE OF SERVICE

I, Gary S. Caplan, hereby certify that true and correct copies of **MOTION TO COMPEL ARBITRATION** were served upon the parties listed below via the Court's CM/ECF system this 2nd day of November, 2009, and mailed to Larry Cherry, 630 E. 90th Street, Chicago, Illinois 60678.

s/ Gary S. Caplan
Gary S. Caplan
