# EXHIBIT C

**William S. Weltman**
Direct Phone: +1 312 207 6551
Email: wweltman@reedsmith.com

Reed Smith LLP
10 South Wacker Drive
Chicago, IL 60606-7507
+1 312 207 1000
Fax +1 312 207 6400
reedsmith.com

October 22, 2009

Larry Cherry
630 E. 90th Street
Chicago, Illinois 60628

**Larry Cherry v. AssetAcceptance Inc., Ballys Inc., Applied Bank Inc., et al.**
**Northern District of Illinois Eastern Division, No. 09C4825**

Dear Mr. Cherry:

I enclose the Applied Card Bank Credit Card Agreement that you agreed to be bound by when you chose to use the Applied Card Bank credit card. A copy of the agreement is enclosed for your review.

The agreement contains a provision related to arbitration. The arbitration provision allows either Applied Card Bank or you to require arbitration of either party's claims by providing written notice to the opposing party.

This letter is Applied Bank's written notice requiring arbitration of your claims. Please confirm your agreement to arbitrate your claims by October 30, 2009.

Thank you. If you have any questions, please do not hesitate to contact me.

Sincerely,

William S. Weltman

wsw

NEW YORK ♦ LONDON ♦ HONG KONG ♦ CHICAGO ♦ WASHINGTON, D.C. ♦ BEIJING ♦ PARIS ♦ LOS ANGELES ♦ SAN FRANCISCO ♦ PHILADELPHIA ♦ PITTSBURGH
OAKLAND ♦ MUNICH ♦ ABU DHABI ♦ PRINCETON ♦ NORTHERN VIRGINIA ♦ WILMINGTON ♦ SILICON VALLEY ♦ DUBAI ♦ CENTURY CITY ♦ RICHMOND ♦ GREECE

US_ACTIVE-102536070.1-WSWELTMA 11/2/09 4:19 PM