# EXHIBIT D

```
CROSS COUNTRY BANK
PO BOX 310731                                              SNF2
BOCA RATON, FL 33431-0731                         2DC  7 19 0
                                                  55840006
```

```
        35.00     0.00 07/14/04    284.98  4227 0938 4811 6350
```

```
    CROSS COUNTRY BANK            LARRY CHERRY
    PO BOX 10001                  10501 WABASH
    HUNTINGTON, WV 25770          CHICAGO IL 60628
```

```
        304-528-2412
```

```
 4227 0938 4811 6350        500    215    30   06/19/04    07/14/04      35.00
```

```
0528 0528 7422709H8G36Y5QV5  ACCOUNT ORIGINATION FEE WILMINGTON  DE
                                     *FINANCE CHARGE*                  50.00
0609 0609 2444574HJRGLZS7BG  OFFICE DEPOT #489 CHICAGO  IL            80.97
0610 0610 2416407HJKW7S37HY  AMOCO OIL     01022714 CHICAGO   IL      25.00
0610 0610 2461043HK03SWJP5L  WHOLE FOOD MARKET CHICAGO  IL            11.00
0613 0613 2461043HM03T8JTLB  MARRIOTT 33767 OAK BROOK OAK BROOK   IL 105.88
0615 0615 2422709HPG3BG2L1A  MONTHLY MAINTENANCE FEE WILMINGTON  DE   10.00
          *FINANCE CHARGE* PURCHASES     $1.37  CASH ADVANCE  $0.76    2.13
          STATEMENT SAVINGS ACCOUNT BALANCE      $500.49
          INTEREST PAID THIS CYCLE                 $0.49
          INTEREST PAID YEAR TO DATE               $0.49
          LENGTH OF STATEMENT PERIOD (DAYS)          30
          INTEREST RATE                            1.53 %
          ANNUAL PERCENTAGE YIELD EARNED           1.56 %
```

```
    0.00      0.00      0.00    232.85      0.00     52.13       284.98
```

```
    JOIN THE NEIGHBORHOOD, BUILT BY MCI.  UNLIMITED NATIONWIDE
    CALLING - ALL DAY, EVERYDAY - FOR ONE LOW MONTHLY PRICE.  PLUS
    POPULAR CALLING FEATURES AT NO EXTRA COST.  CALL 866-SAVE-W-US
      7AM - 10PM MT MON - FRI, 7AM - 8PM MT SAT FOR DETAILS.
      DIAL 1-800-225-5030 FOR 24 HOUR ACCOUNT INFORMATION
    ($.50 AUTOMATED ACCOUNT INFORMATION FEE PER ACCOUNT INQUIRY).
        PO BOX 10008 HUNTINGTON, WV 25770-0008
```

```
    PURCHASES      1.999    23.99            68.06   23.99
    CASH ADVANCES  1.999    23.99            38.33   23.99
```

BANKCARD CENTER
PO BOX 11170
WILMINGTON, DE 19850-1170



☐ PLEASE CHECK IF THERE IS A CHANGE OF ADDRESS
AND PROVIDE THE INFORMATION ON THE BACK.

| MINIMUM PAYMENT DUE | PAST DUE AMOUNT | PAYMENT DUE DATE | NEW BALANCE | ACCOUNT NUMBER | AMOUNT YOU ARE PAYING |
|---|---|---|---|---|---|
| $67.00 | $0.00 | 06/13/07 | $675.07 | 4227 0938 4891 4374 | $              . |

FOR PROMPT CREDIT, MAIL PAYMENT TO LOCATION
SHOWN BELOW. PAYMENT IN ANY OTHER WAY MAY
DELAY CREDITING YOUR ACCOUNT UP TO 5 DAYS.
MAKE CHECK PAYABLE TO:

**APPLIED CARD BANK**
PO BOX 17120
WILMINGTON, DE 19886-7120

**LARRY CHERRY**
10501 S WABASH AVE
CHICAGO IL 60628-2709                    17861

ılılıılıllıılılılıllıılıllıllıılıllıllııllıllıl    ılılıılıllıılılılıllıılıllıllıılıllıllııllıllıl

4227093848914374000067000000675072

PLEASE DETACH THE ABOVE PORTION AND RETURN IT WITH YOUR PAYMENT TO ENSURE PROPER CREDIT. RETAIN LOWER PORTION FOR YOUR RECORDS.

CUSTOMER SERVICE TELEPHONE NO. 484-840-2705

| ACCOUNT NUMBER | CREDIT LINE | UNUSED CREDIT | DAYS IN BILLING CYCLE | BILLING CYCLE CLOSING DATE | PAYMENT DUE DATE | MINIMUM PAYMENT DUE |
|---|---|---|---|---|---|---|
| 4227 0938 4891 4374 | $500 | NONE | 30 | 05/19/07 | 06/13/07 | $67.00 |

| DATE OF TRANS. | POST. | REFERENCE NUMBER | DESCRIPTION OF TRANSACTION OR CREDIT | AMOUNT |
|---|---|---|---|---|
| 05/01 | 05/01 | 74227093TG3MZRSMQ | PAY SERV-THANK YOU     WILMINGTON  DE | 75.00- |
| 05/02 | 05/02 | 24227093SG37KD8G6 | PHONE PYMT FEE WILMINGTON  DE | 6.95 |
| 05/04 | 05/04 | 24418003W3KFR5Z7X | BANDERA 312.6443524 CHICAGO  IL | 31.56 |
| 05/04 | 05/04 | 24692163W00SH50P9 | T-MOBILE TEL PAYMENT    800-937-8997 WA | 100.00 |
| 05/15 | 05/15 | 242270947G3BG2JRK | MONTHLY MAINTENANCE FEE WILMINGTON  DE | 10.00 |
| 05/19 | 05/19 | | OVERLIMIT FEE | 32.00 |
| 05/19 | 05/19 | *FINANCE CHARGE* | PURCHASES $14.58 CASH ADVANCE  $0.00 | 14.58 |

YOUR BALANCE IS OVER THE CREDIT LIMIT. TO AVOID
FUTURE OVERLIMIT FEES, ADD THE OVERLIMIT AMOUNT
OF $175 TO YOUR MINIMUM PAYMENT.

AN OVERLIMIT FEE WAS ASSESSED WHEN YOUR ACCOUNT BALANCE
EXCEEDED THE ESTABLISHED CREDIT LIMIT ON 05/04/07.

| PREVIOUS BALANCE | PAYMENTS | CREDITS | PURCHASES AND CASH ADVANCES | DEBIT ADJUSTMENTS | FINANCE CHARGE | NEW BALANCE |
|---|---|---|---|---|---|---|
| $554.98 | $75.00 | $0.00 | $148.51 | $32.00 | $14.58 | $675.07 |

AN AMOUNT FOLLOWED BY A MINUS SIGN (-) IS A CREDIT OR A CREDIT BALANCE UNLESS OTHERWISE INDICATED.

SEND INQUIRIES TO: PO BOX 17125 WILMINGTON, DE 19850-7125

| PERIODIC FINANCE CHARGE RATE(S) THAT MAY BE USED | | | | ANNUAL PERCENTAGE RATE |
|---|---|---|---|---|
| TYPE OF BALANCE | % PERIODIC RATE | CORRESPONDING ANNUAL PERCENTAGE RATE | AVERAGE DAILY BALANCE | |
| PURCHASES | 2.499% | 29.99% | $583.47 | 29.99% |
| CASH ADVANCES | 2.499% | 29.99% | $0.00 | 29.99% |

VISIT WWW.APPLIEDCARDBANK.COM FREE 24 HOUR ACCESS TO REAL-
TIME ACCOUNT INFO & PAYMENT OPTIONS - PLUS OFFERS FOR CREDIT
LIMIT INCREASES, ACCOUNT UPGRADES & FREE CREDIT REPORTS!
----------OR----------
CALL TOLL FREE 1-800-225-5030 FOR 24 HOUR ACCOUNT INFORMATION
THERE IS A $.50 AUTOMATED INFO FEE PER ACCOUNT INQUIRY.

NOTICE: SEE REVERSE SIDE FOR IMPORTANT INFORMATION.

5584     0001   A1G        1      7   19   070518        O  Page 1 of 1              3641    3840   SNFA   O1AF5584          17861

**AppliedBank™**

☐ PLEASE CHECK IF THERE IS A CHANGE OF ADDRESS AND PROVIDE THE INFORMATION ON THE BACK.

BANKCARD CENTER
PO BOX 11170
WILMINGTON, DE 19850-1170

| MINIMUM PAYMENT DUE | PAST DUE AMOUNT | PAYMENT DUE DATE | NEW BALANCE | ACCOUNT NUMBER | AMOUNT YOU ARE PAYING |
|---|---|---|---|---|---|
| $341.00 | $235.00 | NOW DUE | $932.80 | 4227 0938 4891 4374 | $ . |

FOR PROMPT CREDIT, MAIL PAYMENT TO LOCATION SHOWN BELOW. PAYMENT IN ANY OTHER WAY MAY DELAY CREDITING YOUR ACCOUNT UP TO 5 DAYS.

MAKE CHECK PAYABLE TO:

**APPLIED BANK**
PO BOX 17120
WILMINGTON, DE 19886-7120

**LARRY CHERRY**
10501 S WABASH AVE
CHICAGO IL 60628-2709

9126

Ŀ౼౼ᲂᄃᲢᲝᲨᲝᲫᲝᲝᲫᲝᲨᲣᲫᲝᲝᲝᲝᲨᲝᲝᲝᲝᲝᲝᲝᲝᲫᲝᲢ

PLEASE DETACH THE ABOVE PORTION AND RETURN IT WITH YOUR PAYMENT TO ENSURE PROPER CREDIT. RETAIN LOWER PORTION FOR YOUR RECORDS.

CUSTOMER SERVICE TELEPHONE NO. 484-840-2705

| ACCOUNT NUMBER | CREDIT LINE | UNUSED CREDIT | DAYS IN BILLING CYCLE | BILLING CYCLE CLOSING DATE | PAYMENT DUE DATE | MINIMUM PAYMENT DUE |
|---|---|---|---|---|---|---|
| 4227 0938 4891 4374 | $500 | NONE | 31 | 09/19/07 | NOW DUE | $341.00 |

| DATE OF TRANS. | POST. | REFERENCE NUMBER | DESCRIPTION OF TRANSACTION OR CREDIT | AMOUNT |
|---|---|---|---|---|
| 09/10 | 09/10 | 74227097YG3ALWTNJ | PAYMENT----THANK YOU    WILMINGTON  DE | 900.00 |
| 09/10 | 09/10 | F36410085000QN261 | ADJUSTMENT-PAYMENTS | 900.00 |
| 09/15 | 09/15 | 242270983G3BG2LX7 | MONTHLY MAINTENANCE FEE WILMINGTON  DE | 10.00 |
| 09/18 | 09/18 | F36410085000QNAUT | RETURNED CHECK CHG | 30.00 |
| 09/19 | 09/19 | | OVERLIMIT FEE | 32.00 |
| 09/15 | 09/15 | | LATE FEE | 32.00 |
| 09/19 | 09/19 | *FINANCE CHARGE* | PURCHASES $20.42 CASH ADVANCE  $0.00 | 20.42 |

STATEMENT SAVINGS ACCOUNT BALANCE        525.90
INTEREST PAID THIS CYCLE        0.67
INTEREST PAID YEAR TO DATE        5.97
LENGTH OF STATEMENT PERIOD (DAYS)        31.00
INTEREST RATE        1.53
ANNUAL PERCENTAGE YIELD EARNED        1.51

YOUR ACCOUNT IS 3 PAYMENTS PAST DUE AND A
PAYMENT IS REQUIRED IMMEDIATELY.  CALL US TODAY
TOLL FREE AT 1-877-882-0758!

AN OVERLIMIT FEE WAS ASSESSED WHEN YOUR ACCOUNT BALANCE
EXCEEDED THE ESTABLISHED CREDIT LIMIT ON 09/15/07.

| PREVIOUS BALANCE | PAYMENTS | CREDITS | PURCHASES AND CASH ADVANCES | DEBIT ADJUSTMENTS | FINANCE CHARGE | NEW BALANCE |
|---|---|---|---|---|---|---|
| $808.38 | $900.00 | $0.00 | $40.00 | $964.00 | $20.42 | $932.80 |

AN AMOUNT FOLLOWED BY A MINUS SIGN (-) IS A CREDIT OR A CREDIT BALANCE UNLESS OTHERWISE INDICATED.

SEND INQUIRIES TO: PO BOX 17125 WILMINGTON, DE 19850-7125

| PERIODIC FINANCE CHARGE RATE(S) THAT MAY BE USED | | | | |
|---|---|---|---|---|
| TYPE OF BALANCE | % PERIODIC RATE | CORRESPONDING ANNUAL PERCENTAGE RATE | AVERAGE DAILY BALANCE | ANNUAL PERCENTAGE RATE |
| PURCHASES | 2.499% | 29.99% | $817.08 | 29.99% |
| CASH ADVANCES | 2.499% | 29.99% | $0.00 | 29.99% |

NOTICE: SEE REVERSE SIDE FOR IMPORTANT INFORMATION.