**IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| Larry Cherry, )<br> )<br>      Plaintiff, )<br> )<br>vs. )<br> )<br>Asset Acceptance, LLC, Ballys, Inc., Applied )<br>Bank, Inc., First Premier, Inc., Commonwealth )<br>Edison, CBE Group, Inc., Jutla Sanjay, Illinois )<br>Collection Services, Inc., Harvard Collection )<br>Services, Inc., Nationwide Credit and )<br>Collections, Inc. and HSBC Bank, Inc., )<br> )<br>      Defendants. | Case No.: 09 CV 4825<br><br>Judge Zagel |

## MOTION TO DISMISS

Defendants, Asset Acceptance, LLC ("Asset") and Sanjay Jutla ("Mr. Jutla"), incorrectly sued herein as Jutla Sanjay, by their attorneys, David M. Schultz and Corinne C. Heggie, pursuant to Rule 12(b)(6) move to dismiss Count I of Plaintiff's Complaint and in support thereof states::

    1.    On or about August 6, 2009, plaintiff filed his Complaint alleging violations of the Fair Debt Collection Practices Act, the Fair Credit Reporting Act, common law fraud and "Illinois UDAP" against Asset and Mr. Jutla.

    2.    Plaintiff's claims against Asset and Mr. Jutla fail for the reasons discussed in the Memorandum of Law filed contemporaneously with this Motion.

WHEREFORE, Defendants, Asset Acceptance, LLC and Sanjay Jutla, incorrectly sued herein as Jutla Sanjay, respectfully request that this Court enter an order dismissing Count I of plaintiff's Complaint with prejudice.

          Respectfully Submitted,

          _s/Corinne C. Heggie_
          One of the attorneys for Defendants,
          **Asset Acceptance, LLC and Sanjay Jutla, incorrectly sued herein as Jutla Sanjay**

David M. Schultz
Corinne C. Heggie
HINSHAW & CULBERTSON LLP
222 N. LaSalle Street, Suite 300
Chicago, IL 60601-1081
312-704-3000

2

6499350v1 49810