# EXHIBIT B

## IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS
### FIRST MUNICIPAL DISTRICT

LINE NO. 244

| | | |
|---|---|---|
| ASSET ACCEPTANCE LLC | ) | |
| Plaintiff | ) | |
| | ) | |
| v. | ) | |
| | ) | No. 07M1151609 |
| LARRY CHERRY          Defendant(s) | ) | |
| | ) | |

### TRIAL CALL ORDER

Present before the court: ___ Plaintiff(s) __ Defendant(s) _X_ Plaintiff(s)' Counsel ___ Defendant(s)' Counsel

THIS MATTER having come before the court, the court having jurisdiction and being fully advised,
IT IS HEREBY ORDERED:

- ☐ 4213    Alias Summons to Issue for _____
- ☐ 4292    File Amended Complaint _____
- ☐ 4295    Take and Complete Discovery By _____
- ☐ 4235    File Counterclaim _____
- ☐ 4234    File Appearance/Jury Demand (strike Jury Demand if not allowed) _____
- ☐ 4219    Defendant LARRY CHERRY is defaulted; cause set for
- ☐ 4247    PROVE-UP on _____, _____ at _____ a.m./p.m.
- ☐ 4482    Set for STATUS on _____, _____ at _____ m. in Room _____
- ☐ 4482    Set for TRIAL on _____, _____ at _____ m. in Room _____
- ☐ 8005    Case Dismissed for Want of Prosecution.
- ☐ 8011    Case Dismissed by Agreement of Parties/No Cost ____ With ____ Without Prejudice.
- ☒ 4219    X-Parte Default Judgment for Plaintiff, ASSET ACCEPTANCE LLC for $4237.50 against Defendant, LARRY CHERRY.
- ☐ 8001
- ☒ 4293    with costs assessed.
- ☐ 8001    Judgment for Plaintiff after trial for $_____ with costs assessed v. _____
- ☐ 4293                                                                     (Defendant)
- ☐ 8002    Judgment for Defendant _____ after trial.
- ☐ 8001    Judgment is entered by agreement for $_____ v. _____,
- ☐ 9207    It being further agreed that installment payments be made as follows: _____

_____

- ☐ 9208    The Court finds no just reason for delay in enforcement or appeal of this judgment.
- ☐ ( )     See Attached Order: _____

### DATED:

Sanjay S. Jutla/ Allen Gunn
Staff Attorney
Attorney for Plaintiff
55 E. Jackson Blvd, 16th Floor                    _____
Chicago, IL 60604                                                     Judge
800-465-2608
Attorney No. 41246

DOROTHY BROWN, CLERK OF THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS

1101                                   24412999

Filing    184 | 244
Service   60
Payments
Interest      9
Tot. Judm s.    4237.50