**IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| Larry Cherry, | ) | |
|            Plaintiff, | ) ) ) | |
| vs. | ) ) | Case No.: 09 CV 4825 |
| Asset Acceptance, LLC, Ballys, Inc., Applied Bank, Inc., First Premier, Inc., Commonwealth Edison, CBE Group, Inc., Jutla Sanjay, Illinois Collection Services, Inc., Harvard Collection Services, Inc., Nationwide Credit and Collections, Inc. and HSBC Bank, Inc., | ) ) ) ) ) ) | Judge Zagel<br> Magistrate Judge Cox |
|            Defendants. | | |

**CERTIFICATE OF SERVICE**

I, the undersigned, an attorney, on oath state that on **November 5, 2009,** I served the above and foregoing **Defendant, Asset Acceptance, LLC's Motion to Dismiss, Notice of Motion, Memorandum in Support of Rule 12(B)(6) Motion to Dismiss** and **Federal Rule 7.1 Corporate Disclosure Statement and Local Rule 3.2 Notification of Affiliates** via electronic mail to the Court and via U.S. Mail to the following:

Larry Cherry
630 E. 90th Street
Chicago, Illinois 60628
larrycherry22@aol.com

                                    Respectfully Submitted,

                                     *s/Corinne C. Heggie*
                                    One of the attorneys for Defendant,
                                    **Asset Acceptance, LLC**

David M. Schultz
Corinne C. Heggie
HINSHAW & CULBERTSON LLP
222 N. LASALLE STREET, SUITE 300
CHICAGO, IL  60601
(312) 704-3000