## IN THE UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | |
|---|---|
| Larry Cherry, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Case No.: 09 CV 4825 |
| ) | |
| Asset Acceptance, LLC, Ballys, Inc., Applied ) | Judge Zagel |
| Bank, Inc., First Premier, Inc., Commonwealth ) | |
| Edison, CBE Group, Inc., Jutla Sanjay, Illinois ) | |
| Collection Services, Inc., Harvard Collection ) | |
| Services, Inc., Nationwide Credit and ) | |
| Collections, Inc. and HSBC Bank, Inc., | |
| | |
| Defendants. | |

### RULE 12(B)(6) MOTION TO DISMISS

Defendant, The CBE Group, Inc. ("CBE"), by its attorneys, David M. Schultz and Corinne C. Heggie, pursuant to Rule 12(b)(6) move to dismiss Count VII of Plaintiff's Complaint and in support thereof states:

1. On or about August 6, 2009, plaintiff filed his Complaint alleging violations of the Fair Debt Collection Practices Act, the Fair Credit Reporting Act and negligence against CBE.

2. Plaintiff's claims against CBE fail for the reasons discussed in the Memorandum of Law filed contemporaneously with this Motion.

WHEREFORE, Defendant, The CBE Group, Inc., respectfully requests that this Court enter an order dismissing Count VII of plaintiff's Complaint with prejudice.

        Respectfully Submitted,

        _s/Corinne C. Heggie_
        One of the attorneys for Defendant,
        **The CBE Group, Inc**.

David M. Schultz
Corinne C. Heggie

HINSHAW & CULBERTSON LLP
222 N. LaSalle Street, Suite 300
Chicago, IL 60601-1081
312-704-3000