# IN THE NORTHERN DISTRICT OF ILLINOIS
## UNITED STATES DISTRICT COURT
## EASTERN DIVISION

| | |
|---|---|
| Larry Cherry )<br>)<br>**Plaintiff** )<br>)<br>vs. )<br>) Civil Action No. 09 C 4825<br>AssetAcceptance Inc., Ballys Inc., Applied ) Judge James B. Zagel<br>Bank Inc., First Premier Inc., ) Magistrate Judge Susan E. Cox<br>Commonwealth Edison, CBE Group Inc. and )<br>Jutla Sanjay, Individually Illinois Collection )<br>Services Inc. Harvard Collections Inc. , )<br>Nationwide Credit and Collections Inc. )<br>)<br>**Defendants**. )<br>) | |

## DEFENDANT COMMONWEALTH EDISON'S ANSWER
## AND AFFIRMATIVE DEFENSES

Defendant Commonwealth Edison ("ComEd"), by its attorneys, Reed Smith LLP, submits this Answer and Affirmative Defenses to Plaintiff's Complaint.

## ANSWER

## PRELIMINARY STATEMENT

1. This is an action for damages brought by an individual consumer against the defendants for violations of the Fair Credit Reporting Act and the Fair Debt Collection Practices Act as well as supplemental state claims and Truth in Lending Violations.

    **RESPONSE:** Paragraph 1 states a legal conclusion to which no answer is required. To the extent an answer is deemed required, ComEd admits that the Complaint alleges that this is an action for damages brought by an individual consumer against defendants for alleged violations of the Fair Credit Reporting Act and the Fair Debt Collection Practices Act as well as supplemental state claims and Truth in Lending Violations, and answering further, ComEd denies all allegations and liabilities to Plaintiff.

## JURISDICTION AND VENUE

2. Jurisdiction of this Court is lies properly under 15 U.S.C. 1681p, 28 U.S.C. 1331, 1337 and 15 U.S. C. 1692et seq. and supplemental jurisdiction under 28 U.S.C. 1367.

    Venue lies properly in this district pursuant to 28 U.S.C. 1392b.

    **RESPONSE:** Paragraph 2 states a legal conclusion to which no answer is required. To the extent an answer is deemed required, ComEd admits that the Complaint alleges that Jurisdiction of this Court lies properly under 15 U.S.C. 1681p, 28 U.S.C. 1331, 1337, and 15. U.S.C. 1692 et seq. and supplemental jurisdiction under 28 U.S.C. 1367 and Venue lies properly in this district pursuant to 28 U.S.C. 1392b. Answering further, ComEd admits that jurisdiction and venue in this Court is proper.

## PARTIES

3. Plaintiff Larry Cherry is an adult citizen and resident of the State of Illinois.

    **RESPONSE:** ComEd lacks knowledge or information to form a belief as to the allegations of Paragraph 3. ComEd has at least six accounts with the name Larry Cherry and without a specific account number or other identifying information, ComEd is without sufficient information to determine which account, if any, is associated with the plaintiff in the case. Thus, ComEd is without sufficient information to answer many of Plaintiff's allegations, including those contained in Paragraph 3, and therefore denies each and every allegation contained in Paragraph 3.

4. Asset Acceptance Corporation is a Michigan Corporation doing business in the State of Illinois.

    **RESPONSE:** ComEd lacks knowledge or information to form a belief as to the allegations of Paragraph 4, and therefore denies each and every allegation contained in Paragraph 4.

5. Commonwealth Edison is an Illinois Corporation doing business in the State of Illinois.

US_ACTIVE-102775280.2

**RESPONSE:** ComEd admits the allegation contained in Paragraph 5.

6. CBE Group is a Iowa corporation doing business in the State of Illinois.

**RESPONSE:** ComEd lacks knowledge or information to form a belief as to the allegations of Paragraph 6, and therefore denies each and every allegation contained in Paragraph 6.

7. Applied Bank Inc. is a Delaware corporation doing business in the State of Illinois.

**RESPONSE:** ComEd lacks knowledge or information to form a belief as to the allegations of Paragraph 7, and therefore denies each and every allegation contained in Paragraph 7.

8. Harvard Collections is a Illinois Corporation doing business in the State of Illinois.

**RESPONSE:** ComEd lacks knowledge or information to form a belief as to the allegations of Paragraph 8, and therefore denies each and every allegation contained in Paragraph 8.

9. First Premier Bank is a Illinois corporation doing business in the State of Illinois.

**RESPONSE:** ComEd lacks knowledge or information to form a belief as to the allegations of Paragraph 9, and therefore denies each and every allegation contained in Paragraph 9.

10. Bally's Total Fitness is a Illinois corporation doing business in the State of Illinois.

**RESPONSE:** ComEd lacks knowledge or information to form a belief as to the allegations of Paragraph 10, and therefore denies each and every allegation contained in Paragraph 10.

11. Jutla Sanjay is an attorney practicing in the State of Illinois whose regular business in the collection of debts pursuant to the definition of debt collector under the Fair Debt Collection Practices Act.

US_ACTIVE-102775280.2

**RESPONSE:** ComEd lacks knowledge or information to form a belief as to the allegations of Paragraph 11, and therefore denies each and every allegation contained in Paragraph 11.

12. Nationwide Collections is a Illinois corporation doing business in the State of Illinois.

**RESPONSE:** ComEd lacks knowledge or information to form a belief as to the allegations of Paragraph 12, and therefore denies each and every allegation contained in Paragraph 12.

13. Illinois Collection Services is a Illinois corporation doing business in the State of Illinois.

**RESPONSE:** ComEd lacks knowledge or information to form a belief as to the allegations of Paragraph 13, and therefore denies each and every allegation contained in Paragraph 13.

14. HSBC Bank is a _____ corporation doing business in Illinois.

**RESPONSE:** ComEd lacks knowledge or information to form a belief as to the allegations of Paragraph 14, and therefore denies each and every allegation contained in Paragraph 14.

## FACTUAL ALLEGATIONS

10. Defendants First Premier Bank, Bally's Total Fitness, Jutla Sanjay, Applied Bank, CBE Group, Commonwealth Edison, Asset Acceptance have all made derogatory reports to one or more of the major three credit bureaus in the name of Plaintiff Cherry.

**RESPONSE:**[1] ComEd lacks knowledge or information to form a belief as to the allegations of Paragraph 10 against other defendants, and therefore denies each and every allegation contained in Paragraph 10 directed at other defendants. As to the allegations against

---

[1] The paragraph numbers in Plaintiff's Complaint go from number 14 at the end of the **PARTIES** section back to number 10 at the beginning of the **FACTUAL ALLEGATIONS** section.

Commonwealth Edison in Paragraph 10, ComEd has at least six accounts with the name Larry Cherry and without a specific account number or other identifying information, ComEd is without sufficient information to determine which account, if any, is associated with the plaintiff in the case and therefore ComEd denies each and every allegation against it contained in Paragraph 10.

11. Plaintiff has sent certified communications to the credit bureau and to each defendant to rectify the incorrect reporting.

**RESPONSE:** ComEd lacks knowledge or information to form a belief as to the allegations of Paragraph 11 against other defendants, and therefore denies each and every allegation contained in Paragraph 11 directed against other defendants. As to the allegations against ComEd in Paragraph 11, ComEd has at least six accounts with the name Larry Cherry and without a specific account number or other identifying information, ComEd is without sufficient information to determine which account, if any, is associated with the plaintiff in the case, and therefore ComEd denies each and every allegation contained in Paragraph 11.

12. To date all listed Defendants have refused to remove their erroneous reporting.

**RESPONSE:** ComEd lacks knowledge or information to form a belief as to the allegations of Paragraph 12 against other defendants, and therefore denies each and every allegation contained in Paragraph 12 directed at other defendants. As to the allegations against ComEd in Paragraph 12, ComEd has at least six accounts with the name Larry Cherry and without a specific account number or other identifying information, ComEd is without sufficient information to determine which account, if any, is associated with the plaintiff in the case, and therefore ComEd denies each and every allegation against it contained in Paragraph 12.

US_ACTIVE-102775280.2

13. All Defendants have willfully, intentionally, negligently and repeatedly verified erroneous information to Plaintiff's credit.

   **RESPONSE:** ComEd lacks knowledge or information to form a belief as to the allegations of Paragraph 13 against other defendants, and therefore denies each and every allegation contained in Paragraph 13 directed at other defendants. As to the allegations against ComEd in Paragraph 13, ComEd denies each and every allegation against it contained in Paragraph 13.

14. Defendants have been reporting derogatory and inaccurate statements relating plaintiff's credit history.

   **RESPONSE:** ComEd lacks knowledge or information to form a belief as to the allegations of Paragraph 14 against other defendants, and therefore denies each and every allegation contained in Paragraph 14 directed at other defendants. As to the allegations against ComEd in Paragraph 14, ComEd denies each and every allegation against it contained in Paragraph 14.

15. The inaccurate information of Plaintiff complains is an account or trade line.

   **RESPONSE:** ComEd lacks knowledge or information to form a belief as to the allegations of Paragraph 15, and therefore denies each and every allegation contained in Paragraph 15.

16. However, the Defendants have disseminated credit reports that the information is reported correctly.

   **RESPONSE:** ComEd lacks knowledge or information to form a belief as to the allegations of Paragraph 16 against other defendants, and therefore denies each and every allegation contained in Paragraph 16 directed at other defendants. As to the allegations against

US_ACTIVE-102775280.2

ComEd in Paragraph 16, ComEd denies each and every allegation against it contained in Paragraph 16.

17.   The have been and continue to be disseminated to various persons and credit grantors both known and unknown.

   **RESPONSE:**  ComEd lacks knowledge or information to form a belief as to the allegations of Paragraph 17, and therefore denies each and every allegation contained in Paragraph 17.

18.   Defendants have continued to publish the inaccurate information to various third parties, person, entities and credit grantors

   **RESPONSE:**  ComEd lacks knowledge or information to form a belief as to the allegations of Paragraph 18 against other defendants, and therefore denies each and every allegation contained in Paragraph 18 directed at other defendants.  As to the allegations against ComEd in Paragraph 18, ComEd denies each and every allegation against it contained in Paragraph 18.

19.   Despite Plaintiffs efforts to date, defendants have nonetheless deliberately, willfully, wantonly, intentionally, recklessly, negligently continued to report this information as belonging to the plaintiff.

   **RESPONSE:**  ComEd lacks knowledge or information to form a belief as to the allegations of Paragraph 19 against other defendants, and therefore denies each and every allegation contained in Paragraph 19 directed at other defendants.  As to the allegations against ComEd in Paragraph 19, ComEd denies each and every allegation against it contained in Paragraph 19.

20.   Plaintiff has been damaged and continues to be damaged in the following ways.
   a.   Denial of credit by several creditors over the past few years.

    b.        Out of pocket expenses associated with disputing the information only to find that the information remained on the report.

    c.        Emotional distress and mental anguish associated with having incorrect derogatory information transmitted to people both known and unknown.

    d.        Decreased credit score which may result in inability to retain credit on future attempts.

**RESPONSE:** ComEd denies each and every allegation contained in Paragraph 20.

21.    At all times hereto, the conduct of the defendants, as well as that of their agents, servants and/or employees was malicious, willful, intentional, reckless, and in grossly negligent disregard for the federal and state law and the rights of the plaintiffs therein.

**RESPONSE:** ComEd lacks knowledge or information to form a belief as to the allegations of Paragraph 21 against other defendants, and therefore denies each and every allegation contained in Paragraph 21 directed at other defendants. As to the allegations against ComEd in Paragraph 21, ComEd denies each and every allegation against it contained in Paragraph 21.

### COUNT ONE-VIOLATIONS OF FAIR DEBT COLLECTION PRACTICES ACT AND FAIR CREDIT REPORTING ACT, ILLINOIS UDAP VIOLATION and FRAUD UPON THE COURT

Count One of Plaintiff's Complaint, encompassing Paragraphs 1-22, is not directed against ComEd and, therefore, ComEd makes no response to same. In the event a response is required, ComEd is without sufficient knowledge or information to form a belief as to the truth of the allegations, and therefore denies each and every allegation contained therein.

WHEREFORE, Defendant ComEd requests that this Court enter judgment in its favor and against Plaintiff.

### COUNT TWO - FRAUD and Truth in Lending Violation

Count Two of Plaintiff's Complaint, encompassing Paragraphs 23-37, is not directed against ComEd and, therefore, ComEd makes no response to same. In the event a response is required, ComEd is without sufficient knowledge or information to form a belief as to the truth of the allegations, and therefore denies each and every allegation contained therein.

WHEREFORE, Defendant ComEd requests that this Court enter judgment in its favor and against Plaintiff.

### COUNT THREE - VIOLATIONS OF FCRA, VIOLATIONS OF FAIR DEBT COLLECTION PRACTICES ACT and TRUTH IN LENDING ACT

Count Three of Plaintiff's Complaint, encompassing Paragraphs 38-46, is not directed against ComEd and, therefore, ComEd makes no response to same. In the event a response is required, ComEd is without sufficient knowledge or information to form a belief as to the truth of the allegations, and therefore denies each and every allegation contained therein.

WHEREFORE, Defendant ComEd requests that this Court enter judgment in its favor and against Plaintiff.

### COUNT FOUR-FRAUD, MISREPRESENTATION, FCRA VIOLATIONS VIOLATION OF U.C.C. 3:603

Count Four of Plaintiff's Complaint, encompassing Paragraphs 47-62, is not directed against ComEd and, therefore, ComEd makes no response to same. In the event a response is required, ComEd is without sufficient knowledge or information to form a belief as to the truth of the allegations, and therefore denies each and every allegation contained therein.

WHEREFORE, Defendant ComEd requests that this Court enter judgment in its favor and against Plaintiff.

### COUNT SEVEN - VIOLATIONS OF FAIR DEBT COLLECTION PRACTICES ACT AND FAIR CREDIT REPORTING ACT, NEGLIGENCE[2]

Plaintiff incorporates the foregoing paragraph labeled "FACTUAL ALLEGATIONS" as though the same were set forth at length herein.

63.  In February of 2009 Defendant CBE Group a collector for Commonwealth Edison entered a derogatory trade line for an outstanding balance owed to Comed by Plaintiff for $1247.00 with the date of last activity reported as February of 2009.

   **RESPONSE:** ComEd realleges and restates its responses to Paragraphs 1-21 and Counts One through Four as if fully stated herein as Paragraph 63. ComEd has at least six accounts with the name Larry Cherry and without a specific account number or other identifying information, ComEd is without sufficient information to determine which account, if any, is associated with the plaintiff in the case. Therefore, ComEd lacks knowledge or information to form a belief as to the allegations of Paragraph 63, and denies each and every allegation contained in Paragraph 63.

64.  The account does not belong to Plaintiff.

   **RESPONSE:** ComEd has at least six accounts with the name Larry Cherry and without a specific account number or other identifying information, ComEd is without sufficient information to determine which account, if any, is associated with the plaintiff in the case. Therefore, ComEd lacks knowledge or information to form a belief as to the allegations of Paragraph 64, and denies each and every allegation contained in Paragraph 64.

65.  Plaintiff has not maintained an active account with ComEd for at least five years.

---

[2] The numbering of the counts in Plaintiff's Complaint goes from **Count Four** to **Count Seven**.

> **RESPONSE:** ComEd has at least six accounts with the name Larry Cherry and without a specific account number or other identifying information, ComEd is without sufficient information to determine which account, if any, is associated with the plaintiff in the case. Therefore, ComEd lacks knowledge or information to form a belief as to the allegations of Paragraph 65, and denies each and every allegation contained in Paragraph 65.

66. Upon information and belief CBE Group uses illegal and erroneous reporting of dates of last activity to drastically decrease the credit score of people they are attempting to collect form in order to force them into paying on accounts that may or may not be valid.

    **RESPONSE:** ComEd lacks knowledge or information to form a belief as to the allegations of Paragraph 66, and therefore denies each and every allegation contained in Paragraph 66.

67. Plaintiff contacted Defendant CBE Group on two occasions to dispute it.

    **RESPONSE:** ComEd lacks knowledge or information to form a belief as to the allegations of Paragraph 67, and therefore denies each and every allegation contained in Paragraph 67.

68. The erroneous trade line still remains.

    **RESPONSE:** ComEd lacks knowledge or information to form a belief as to the allegations of Paragraph 68, and therefore denies each and every allegation contained in Paragraph 68.

69. Upon information and belief, ComEd is the principal in an agency relationship with CBE Group a debt collector.

    **RESPONSE:** Paragraph 69 states a legal conclusion to which no answer is required. To the extent an answer is deemed required, ComEd lacks knowledge or information to form a

belief as to the allegations of Paragraph 69, and therefore denies each and every allegation contained in Paragraph 69.

70. Upon information and belief, ComEd reported the erroneous bill regarding Plaintiff to their agent CBE Group who neglected verify or investigate and instead just reported without proof to consumer reporting agencies derogatory information.

   **RESPONSE:** ComEd denies that it reported an erroneous bill regarding Plaintiff to CBE Group. ComEd lacks knowledge or information to form a belief as to the remaining allegations of Paragraph 70, and therefore denies each and every remaining allegation contained in Paragraph 70.

71. The combined actions of ComEd and CBE Group have damaged Plaintiff's credit and prevented business opportunities and loss of potential income.

   **RESPONSE:** ComEd denies each and every allegation contained in Paragraph 71.

   WHEREFORE, Defendant ComEd requests that this Court enter judgment in its favor and against Plaintiff.

**COUNT THREE - VIOLATIONS OF FCRA, VIOLATIONS OF FAIR DEBT COLLECTION PRACTICES ACT and TRUTH IN LENDING ACT[3]**

Count Three of Plaintiff's Complaint, encompassing Paragraphs 72-80, is not directed against ComEd and, therefore, ComEd makes no response to same. In the event a response is required, ComEd is without sufficient knowledge or information to form a belief as to the truth of the allegations.

WHEREFORE, Defendant ComEd requests that this Court enter judgment in its favor and against Plaintiff.

---

[3] The numbering of the counts in Plaintiff's Complaint goes from Count Seven back to Count Three.

**AFFIRMATIVE DEFENSES**

1. Plaintiff's Complaint fails to state a claim upon which relief may be granted.

2. ComEd cannot be held liable under the FCRA because it does not "regularly engage in whole or in part in the practice of assembling or evaluating consumer credit information or other information on consumers for the purpose of furnishing consumer reports to third parties." 15 U.S.C. § 1681a(f).

3. ComEd cannot be held liable under the FCRA since it does not "assemble[] and merge[] information contained in the database of another consumer for purposes of furnishing such information to any third party." 15 U.S.C. § 1681a(u).

4. ComEd cannot be held liable to Plaintiff because it never accessed, obtained, used, resold, or delivered any information contained in a credit report of Plaintiff.

5. Upon information and belief, Plaintiff's claims are barred because Plaintiff failed to take reasonable steps to avoid the injury alleged and has failed to mitigate any alleged resulting damages.

6. Any damages or injury that Plaintiff sustained were the result solely of the acts and/or agreements entered into between plaintiff and parties other than ComEd. As a result, ComEd reserves its right to assert claims for indemnification and/or contribution against codefendants and/or presently unnamed third parties.

7. Any harm suffered by Plaintiff was caused by Plaintiff's own acts and/or omissions.

8. Plaintiff's claims against ComEd are barred by the applicable statute of limitations.

US_ACTIVE-102775280.2

- 14 -

9.    ComEd reserves the right to amend this Answer to set forth any and all other defenses presently existing or that may be learned through further discovery, investigation, or proceedings.

Dated: January 11, 2010

Respectfully submitted,

By:   s/ William S. Weltman

Gary S. Caplan (SBN 6198263)
William S. Weltman (SBN 6301161)
REED SMITH LLP
10 South Wacker Drive
Chicago, IL 60606-7507
Telephone: +1 312 207 1000
Facsimile: +1 312 207 6400

*Counsel for Defendant*
Commonwealth Edison

**CERTIFICATE OF SERVICE**

    I, William S. Weltman, hereby certify that on January 11, 2010, I caused to be filed electronically DEFENDANT COMMONWEALTH EDISON'S ANSWER AND AFFIRMATIVE DEFENSES using the Court's CM/ECF system, which automatically will send notice to those parties who have appeared and are so registered and mailed to Larry Cherry, 630 E. 90th Street, Chicago, IL 60628.

By:   /s/ William S. Weltman<br>
One Of Its Attorneys

Gary S. Caplan (#6198263)
William S. Weltman (SBN 6301161)
REED SMITH LLP
10 South Wacker Drive, 40th Floor
Chicago, Illinois 60606
(312) 207-1000
gcaplan@reedsmith.com