**IN THE UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| Larry Cherry,       )  | |
|                     )  | |
|         Plaintiff,  )  | |
|                     )  | |
|     vs.             )  | Case No.: 09 CV 4825 |
|                     )  | |
| Asset Acceptance, LLC, Ballys, Inc., Applied )  | Judge Zagel |
| Bank, Inc., First Premier, Inc., Commonwealth ) | Magistrate Judge Cox |
| Edison, CBE Group, Inc., Jutla Sanjay, Illinois ) | |
| Collection Services, Inc., Harvard Collection ) | |
| Services, Inc., Nationwide Credit and ) | |
| Collections, Inc. and HSBC Bank, Inc., | |
|                     | |
|         Defendants. | |

**NOTICE OF MOTION**

To:   Larry Cherry
      630 E. 90th Street
      Chicago, IL  60628
      larrycherry22@aol.com

   PLEASE TAKE NOTICE that on the **8th day of February, 2010 at 10:00 A.M.,** or as soon thereafter as this motion may be heard, I shall appear before the Honorable James B. Zagel or any Judge sitting in his stead in Courtroom 2503 of the Dirksen Federal Building, and shall then and there present **Defendant, Asset Acceptance, LLC's Motion to Dismiss** and **Memorandum in Support of Rule 12(B)(6) Motion to Dismiss** and **Defendant, CBE Group, Inc.'s Rule 12(B)(6) Motion to Dismiss** and **Memorandum in Support of Rule 12(B)(6) Motion to Dismiss,** copies of which are hereby served upon you.

                                        Respectfully Submitted,

                                         *s/Corinne C. Heggie*
                                        One of the Attorneys for Defendants,
                                        **Asset Acceptance, LLC and CBE Group, Inc.**

David M. Schultz
Corinne C. Heggie
HINSHAW & CULBERTSON LLP
222 N. LASALLE STREET, SUITE 300
CHICAGO, IL  60601
(312) 704-3000

6529764v1 49810